CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Wayne C. Arnold (SBN: 103194)
warnold@wcalaw.net
16755 Von Karman, Ste. 200
Irvine, CA 92614
Telephone: (714)271-5214
Attorney for Defendant

E-FILED
SEP - 1 2020
Document #_____
*Case already closed*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY, | Case: 2:20-cv-00792-PSG-KS |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**; ORDER |
| THRIFTY PAYLESS, INC., a California Corporation; and Does 1-10, | |
| Defendant. | |

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed without prejudice as to all parties; subject to reopening by any party if the settlement in principle fails to be consummated within sixty (60) days. Upon completion of the settlement

1

documents and terms, the Parties shall file stipulation of dismissal with prejudice as to the entire matter.

Dated: August 26, 2020        CENTER FOR DISABILITY ACCESS

           By: /s/Amanda Lockhart Seabock
           Amanda Lockhart Seabock
           Attorneys for Plaintiff

Dated: August 26, 2020

           By: /s/Wayne C. Arnold
           Wayne C. Arnold
           Attorney for Defendant

[Stamp: IT IS SO ORDERED. DATED: 9/1/2020 /s/ UNITED STATES DISTRICT JUDGE]

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Wayne C. Arnold, and that I have obtained Mr. Arnold's authorization to affix his electronic signature to this document.

Dated: August 26, 2020        CENTER FOR DISABILITY ACCESS

           By: /s/Amanda Lockhart Seabock
           Amanda Lockhart Seabock
           Attorneys for Plaintiff