CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
<u>8033 Linda Vista Road, Suite 200</u>
<u>San Diego, CA 92111</u>
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

Wayne C. Arnold SBN 103194
16755 Von Karman, Ste. 200
Irvine, CA 92614
Telephone: 714-271-5214
Email: warnold@wcalaw.net
Attorney for Defendant
Thrifty Payless, Inc.

FILED
CLERK, U.S. DISTRICT COURT
9/27/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

LINK 27

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY,<br><br>　　Plaintiff,<br><br>　v.<br><br>THRIFTY PAYLESS, INC., a California Corporation; and Does 1-10,<br><br>　　Defendants. | Case No.: 2:20-cv-00792-PSG-KS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)**; ORDER |

1 | Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
2 | parties hereto that this action may be dismissed with prejudice as to all parties; each
3 | party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
4 | matter has been resolved to the satisfaction of all parties.

Dated: September 26, 2021      CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
　　　Amanda Seabock
　　　Attorneys for Plaintiff

Dated: September 26, 2021

By: /s/ Wayne C. Arnold
　　　Wayne C. Arnold
　　　Attorney for Defendant
　　　Thrifty Payless, Inc.

**IT IS SO ORDERED.**

DATED: 9/27/21

_____
**U.S. DISTRICT JUDGE**

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Wayne C. Arnold, counsel for Thrifty Payless, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: September 26, 2021         CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff